AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Ramon TORRES-Zurita<br>YOB: 1982<br>POB: MEXICO<br><br>*Defendant(s)* | ) ) ) ) ) ) )  Case No. M-19-2018-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 24, 2019__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841<br>Title 21 USC 846 | Conspire, Posses with the intent to distribute, and attempted to import a controlled substance, 24 concealed packages containing approximately 42 kilograms of crystal methamphetamine, a Schedule II Controlled Substance, |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

S/Antonio Marin
*Complainant's signature*

Antonio Marin, ICE HSI Special Agent
*Printed name and title*

Sworn to and executed by reliable electronic means, per FRCrP 4.1, & probable cause found on:

Date: __08/25/2019 -11:03 a.m.__

City and state: __McAllen, Texas__

Juan F. Alanis, U.S. Magistrate
*Printed name and title*

Attachment "A"

Before the United States Magistrate Judge, Southern District of Texas, I, Antonio Marin, Special Agent (SA) of the United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), being duly sworn, depose and say the following:

On August 24, 2019, Ramon TORRES-Zurita presented himself for admission into the United States from Mexico via the Rio Grande City, Texas, International Port of Entry driving his personally owned white GMC Terrain sport utility vehicle (SUV). During the inspection process at the primary booth, TORRES was recognized by a Customs and Border Protection Officer (CBPO) as having been involved in a failed smuggling attempt of a multi-kilogram load of crystal methamphetamine where one of TORRES' associates was arrested, charged, and convicted for attempting to smuggle the load via the Rio Grande City, Texas Port of Entry. TORRES also had CBP data-base look outs as a suspected narcotics trafficker.

TORRES was referred into the secondary inspection area for a further inspection of his vehicle based the CBPO's personal knowledge of his suspected involvement, and nervous reaction to the CBPO's questions. TORRES vehicle was X-rayed, and anomalies were discovered in the tires. A K-9 inspection resulted in positive alert and CBPO's proceeded to further check the tires of TORRES's vehicle. A further inspection of the four tires revealed a total of 42 packages of crystal methamphetamine with a total weight of approximately 42.08 kilograms. All 42 packages field tested positive for methamphetamine. TORRES was detained and HSI SAs were notified and responded to investigate.

HSI SAs read TORRES's Miranda Rights and TORRES acknowledged he understood them and agreed to provide a statement regarding his arrest and knowledge of the narcotics discovered in his vehicle without the presence of an attorney.

TORRES admitted to agents that he was hired to transport what he believed was "drugs" in the four tires of his personally owned vehicle to Houston, Texas, for a fee. TORRES stated he agreed with an individual from Mexico to smuggle the load of drugs into the United States and has previously successfully smuggled several other loads.

The case was presented before the United States Attorney's Office and was accepted for prosecution.